UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAYNE HARVEY PHILLIPS,

        CASE NO. 6:21-cv-00299

    Plaintiff,
v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY, and MID-CENTURY
INSURANCE COMPANY,

    Defendants.
_____/

### FIRST AMENDED COMPLAINT FOR UNINSURED MOTORIST BENEFITS

COMES NOW Plaintiff, WAYNE HARVEY PHILLIPS and files this his First Amended Complaint for Uninsured Motorist Benefits against Defendants, and MID-CENTURY INSURANCE COMPANY and PROGRESSIVE AMERICAN INSURANCE COMPANY, and alleges as follows:

### GENERAL ALLEGATIONS COMMON TO BOTH COUNTS

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) but less then Seventy-Five Thousand Dollars ($75,000.00).

2. Plaintiff, WAYNE HARVEY PHILLIPS at all times pertinent hereto was a resident of The State of Florida.

3. At all times material hereto Defendant PROGRESSIVE AMERICAN INSURANCE COMPANY was and is an insurance company licensed to do business and doing business in the State of Florida.

4. At all times material hereto Defendant MID-CENTURY INSURANCE COMPANY was and is an insurance company licensed to do business and doing business in the State of Florida.

5. The motor vehicle collision, (hereinafter the collision or subject collision) that is the subject of this Complaint occurred on June 30th 2019 on Barnes Blvd., in unincorporated Brevard County, Florida.

6. Venue is proper in Brevard County, Florida because the causes of action set forth herein accrued in Brevard County, Florida.

7. The collision was caused solely by the negligence of Matthew Michael Lanza (the "Tortfeasor").

8. WAYNE HARVEY PHILLIPS was properly restrained at the time of the crash and did not in any way contribute to the injuries or damages he sustained as the result of the crash.

9. At the time of the Crash, the Tortfeasor, Matthew Michael Lanza had an insurance policy which included bodily injury liability coverage with Geico General Insurance Company.

10. As the result of the injuries and damages sustained by Plaintiff, Geico General Insurance Company tendered the tortfeasor's bodily injury liability limits to Plaintiff, WAYNE HARVEY PHILLIPS.

11. At the time of the Crash, WAYNE HARVEY PHILLIPS was covered under a policy from MID-CENTURY INSURANCE COMPANY bearing policy number 19004-59-22 (the "Policy") which was in full force and effect and provided uninsured/underinsured motorist coverage ("UM").

12. A full copy of the Policy is in Defendant's MID-CENTURY INSURANCE COMPANY possession. WAYNE HARVEY PHILLIPS is in possession of a declarations page which is attached hereto and incorporated herein as **Plaintiff's Exhibit "A"**.

13. At the time of the Crash, WAYNE HARVEY PHILLIPS was also covered under a policy from PROGRESSIVE AMERICAN INSURANCE COMPANY bearing policy number 21678432 (the "Policy") which was in full force and effect and provided uninsured/underinsured motorist coverage ("UM").

14. A full copy of the Policy is in Defendant's PROGRESSIVE AMERICAN INSURANCE COMPANY possession. WAYNE HARVEY PHILLIPS is in possession of a declarations page which is attached hereto and incorporated herein as **Plaintiff's Exhibit "B"**.

15. By issuing the Policy, Defendants agreed to provide uninsured motorist coverage for damages resulting from bodily injuries sustained as a result of an accident arising out of the operation, maintenance or use of an uninsured/underinsured motor vehicle.

16. The Tortfeasor was an underinsured driver, in that he did not maintain sufficient insurance to compensate WAYNE HARVEY PHILLIPS for the injuries and damages to which he is legally entitled as result of the injuries and losses caused by the subject motor vehicle crash.

17. For purposes of these claims and under the terms of the respective polices, Defendants stand in the shoes of Tortfeasor.

18. All conditions precedent under the respective polices have occurred, been complied with or waived.

## COUNT I
### PLAINTIFF'S WAYNE HARVEY PHILLIPS CLAIM FOR UNINSURED MOTORIST BENEFITS AGAINST MID-CENTURY INSURANCE COMPANY

19. WAYNE HARVEY PHILLIPS realleges those allegations contained within paragraphs 1-18 above and incorporates them herein by this reference.

20. As a direct and proximate result of the subject collision, WAYNE HARVEY PHILLIPS suffered bodily injuries, the expense of medical treatment, hospitalization and nursing care, loss of earnings, loss of ability to earn money, pain, suffering, disability, disfigurement, mental anguish, loss of capacity for the

enjoyment of life, aggravation of a previously existing condition(s) and inconvenience. These losses are permanent and continuing and WAYNE HARVEY PHILLIPS will suffer these losses in the future.

**WHEREFORE**, The Plaintiff, WAYNE HARVEY PHILLIPS demands judgment against Defendant MID-CENTURY INSURANCE COMPANY for UM benefits under the Policy, damages, attorneys' fees pursuant to Florida Statutes §627.428 and §627.727(8), costs, prejudgment interest on costs, expenses incurred, together with such other and further relief this Court deems equitable and just.

## COUNT II
## PLAINTIFF'S CLAIM FOR UNINSURED MOTORIST BENEFITS AGAINST PROGRESSIVE AMERICAN INSURANCE COMPANY

21. WAYNE HARVEY PHILLIPS realleges those allegations contained within paragraphs 1-18 above and incorporates them herein by this reference.

22. As a direct and proximate result of the subject collision, WAYNE HARVEY PHILLIPS suffered bodily injuries, the expense of medical treatment, hospitalization and nursing care, loss of earnings, loss of ability to earn money, pain, suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, aggravation of a previously existing condition(s) and inconvenience. These losses are permanent and continuing and WAYNE HARVEY PHILLIPS will suffer these losses in the future.

WHEREFORE, The Plaintiff, WAYNE HARVEY PHILLIPS demands judgment against Defendant PROGRESSIVE AMERICAN INSURANCE COMPANY for UM benefits under the Policy, damages, attorneys' fees pursuant to Florida Statutes §627.428 and §627.727(8), costs, prejudgment interest on costs, expenses incurred, together with such other and further relief this Court deems equitable and just.

### TRIAL BY JURY

Plaintiffs WAYNE HARVEY PHILLIPS respectfully demand a trial by jury of all issues so triable herein.

Dated this the 15th day of February, 2021.

        **GILLIN, GILLIN & LINDBAEK, P.A.**

        s/Eric S. Gillin
        Eric S. Gillin, Esq.
        Florida Bar No.: 0168629
        eric@brevardjustice.com
        222 N. Harbor City Blvd.
        Melbourne, Florida 32935
        (321) 729-1444 telephone
        (321) 729-9933 facsimile
        Primary email: eric@brevardjustice.com
        Secondary: mary@brevardjustice.com
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Carlos M. Llorente, Esq.   Carlos.Llorente@farmersinsurance.com

Donna Wilson-Sampson, Esq.   Donna.Wilson-Sampson@farmersinsurance.com

Noemi.Hernandez@farmersinsurance.com

Wendy.Carrasco@farmersinsurance.com

**GILLIN, GILLIN & LINDBAEK, P.A.**

s/Eric S. Gillin
Eric S. Gillin, Esq.
Florida Bar No.: 0168629
eric@brevardjustice.com
222 N. Harbor City Blvd.
Melbourne, Florida 32935
(321) 729-1444 telephone
(321) 729-9933 facsimile
Primary email: eric@brevardjustice.com
Secondary: mary@brevardjustice.com

# FARMERS INSURANCE

## Auto Insurance Declaration Page

**Policy Number:** 19004-59-22
**Effective:** 1/23/2019 12:01 AM
**Expiration:** 1/19/2020 12:01 AM
**Named Insured(s):** Wayne Phillips
Gay Phillips
6300 Sagewood Dr Ste H265
Park City, UT 84098-7502
gmwhphillips@gmail.com

**Underwritten By:** Mid-Century Insurance Company
6301 Owensmouth Ave.
Woodland Hills, CA 91367

### Premiums

| | |
|---|---|
| Full-term Premium (excluding fees) | $2,619.60 |
| Prorated Premium (1/23/2019 - 1/19/2020) | $0.00 |
| ▶ Total for this Transaction | $0.00 |

**This is not a bill.**
Your bill with the amount due will be mailed separately.

## Household Drivers

All persons who drive or will occasionally be driving any of the cars on the policy should be listed below. If anyone is missing or needs to be added, such as a newly licensed driver, you should contact your agent or the company to add that person before they begin to drive any of the cars covered on the policy.

| Name | Driver Status | Name | Driver Status |
|---|---|---|---|
| Wayne Phillips | Covered | Gay Phillips | Covered |

## Vehicle Information

| Veh. # | Year/Make/Model/VIN | Coverage | Deductible | Limit |
|---|---|---|---|---|
| 1 | 2012 Gmc Truck Yukon 4D 4X4 Slt<br>1GKS2CE0XCR153681 | Comprehensive:<br>Collision:<br>Loss of Use: | $100<br>$500 | <br><br>K5: $50 per day/<br>$1,000 max |
| 2 | 2004 Cadillac Srx 4D 2Wd/4Wd<br>1GYDE63A440127537 | Comprehensive:<br>Collision: | $100<br>$500 | |
| 3 | 2006 Dodge Truck Ram 3500 Crew C Pu 4X4 Dr<br>3D7MX48C46G200621 | Comprehensive:<br>Collision: | Not Covered<br>Not Covered | |

## Coverage Information

| Coverage | Limits (applicable to all vehicles) | Premiums by Vehicle | | |
|---|---|---|---|---|
| | | Vehicle 1 | Vehicle 2 | Vehicle 3 |
| Bodily Injury Liability | $250,000 each person<br>$500,000 each accident | $253.10 | $235.00 | $326.90 |
| Property Damage Liability | $100,000 each accident | $158.90 | $142.10 | $178.80 |
| Personal Injury Protection | $5,000 each person | $16.20 | $15.90 | $11.00 |
| Uninsured Motorist Bodily Injury | $250,000 each person<br>$500,000 each accident | $30.60 | $37.60 | $44.20 |

---

farmers.com   Policy No. 19004-59-22   Questions?
Call your agent Joe Hanley at (435) 649-8656 or email thanley@farmersagent.com
Manage your account — Go to www...





PLAINTIFF'S EXHIBIT A

56-6176   1st Edition 5-17   1/24/2019

Page 1 of 3

## Declaration Page (continued)

| Coverage | Limits (applicable to all vehicles) | Premiums by Vehicle | | |
|---|---|---|---|---|
| | | Vehicle 1 | Vehicle 2 | Vehicle 3 |
| Underinsured Motorist | $250,000 each person $500,000 each accident | $25.90 | $31.90 | $37.50 |
| Comprehensive | | $188.20 | $77.70 | Not Covered |
| Collision | | $244.40 | $221.00 | Not Covered |
| Towing and Road Service | | $11.10 | Not Covered | $11.10 |
| Loss of Use | | $118.30 | Not Covered | Not Covered |
| Travel Trailer or Camper | | $202.20 | Not Covered | Not Covered |
| Total Premium Per Vehicle | | $1,248.90 | $761.20 | $609.50 |

▶ **Full-term Premium**  $2,619.60

## Discounts

| Discount Type | Applies to Vehicle(s) | Discount Type | Applies to Vehicle(s) |
|---|---|---|---|
| Auto/Home | 1, 2, 3 | Multiple Car | 1, 2, 3 |
| Transfer | 1, 2, 3 | Paid In Full | 1, 2, 3 |
| Early Shopping | 1, 2, 3 | Homeownership | 1, 2, 3 |

## Other Policy Features and Benefits

- Accident Forgiveness - prevents one accident from impacting your premium
- Incident Forgiveness - protects your premium from increases due to minor traffic violations
- Guaranteed Renewal - claims activity will not lead to cancellation or nonrenewal

## Trailer Information

| Veh. # | Description | Year/Make/Model/Serial # | Coverage | Deductible | Limit |
|---|---|---|---|---|---|
| 1 | Travel/Utility Trailer | 2015 Puma Rlss 123456789 | Comprehensive: Collision: Towing and Road Service: | $250 $250 | Covered |

## Policy and Endorsements

This section lists the policy form number and any applicable endorsements that make up your insurance contract. Any endorsements that you have purchased to extend coverage on your policy are also listed in the coverages section of this declarations document:
56-5061 3rd ed.; J6275 1st ed.; J6279 1st ed.[Veh:1 only]; J6284 1st ed.[Veh:1,2 only]; J6489 1st ed.; J6492 1st ed.; J6674 1st ed.; J6683 1st ed.[Veh:1,2 only]; J6774 1st ed.; J6934 1st ed.; J6956 2nd ed.; UT020 3rd ed.; UT022 1st ed.; UT029 1st ed.; UT030 1st ed.; J6477 2nd ed.[Veh:1 only]

## Other Information

- Vehicle 1,2 - Deductible waived if glass repaired rather than replaced.
- Go Green by logging onto Farmers.com or contacting your Farmers Agent.

---

farmers.com    Policy No. 19004-59-22    Questions? Call your agent Joe Hanley at (435) 649-8656 or email thanley@farmersagent.com    Manage your account: Go to www.farmers.com to access your account any time!

56-6176  1st Edition  5-17

ADVANCED INS NET
6050 BABCOCK ST SE 17
PALM BAY, FL 32909

**PROGRESSIVE**
AUTO

PETER KECK II
TANYA KECK
2465 GRASSMERE DRIVE
MELBOURNE, FL 32904

**Policy Number: 21678432**
Underwritten by:
Progressive American Insurance Co
May 21, 2019
Policy Period: Jun 23, 2019 - Dec 23, 2019
Page 1 of 3

**1-321-255-1077**
**ADVANCED INS NET**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on June 23, 2019 at 12:01 a.m. This policy expires on December 23, 2019 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A FL (07/17). The contract is modified by form A261 FL (08/18).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Peter Keck II | Named insured |
| Tanya Keck | Named insured |

## Outline of coverage

**2007 LINCOLN NAVIGATOR 4 DOOR WAGON**
VIN: 5LMFU28567LJ02432
Garaging ZIP Code: 32904
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $50,000 each person/$100,000 each accident | | $184 |
| Property Damage Liability | $100,000 each accident | | 92 |
| Personal Injury Protection/Deductible applies to Named insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 118 |
| Uninsured Motorist - Nonstacked | $25,000 each person/$50,000 each accident | | 95 |
| Comprehensive | Actual Cash Value | $500 | 37 |
| Collision | Actual Cash Value | $500 | 87 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 7 |
| Total premium for 2007 LINCOLN | | | **$620** |

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

Policy Number: 21678432
Peter Keck II
Tanya Keck
Page 2 of 3

**2008 HYUNDAI VERACRUZ 4 DOOR WAGON**
VIN: **KM8NU13C58U068834**
Garaging ZIP Code: 32904
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $50,000 each person/$100,000 each accident | | $151 |
| Property Damage Liability | $100,000 each accident | | 94 |
| Personal Injury Protection/Deductible applies to Named Insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 140 |
| Uninsured Motorist - Nonstacked | $25,000 each person/$50,000 each accident | | 118 |
| Comprehensive | Actual Cash Value | $500 | 21 |
| Collision | Actual Cash Value | $500 | 58 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 7 |
| Total premium for 2008 HYUNDAI | | | **$589** |
| **Total 6 month policy premium** | | | **$1,209.00** |
| Discount if paid in full | | | -294.00 |
| **Total 6 month policy premium if paid in full** | | | **$915.00** |

## Premium discounts

**Policy**

| | |
|---|---|
| 21678432 | Multi-Policy, Five-Year Accident Free, Five-Year Claim Free, Home Owner, Multi-Car, Continuous Insurance: Diamond, Paperless and Three-Year Safe Driving |

**Vehicle**

| | |
|---|---|
| 2007 LINCOLN NAVIGATOR | Anti-Lock Brakes and Driver and Passenger-side Airbag |
| 2008 HYUNDAI VERACRUZ | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2007 LINCOLN NAVIGATOR 5LMFU28567LJ02432 | BANK AMERICA AUTO FN JACKSONVILLE, FL 32203 |

## Policyholder inquiries

You may call your agent at 1-321-255-1077 to present inquiries or obtain information about coverage, and to obtain assistance with any complaints.

## Agent signature

*[signature]*

