UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAYNE HARVEY PHILLIPS,

                CASE NO. 6:21-cv-00299-GAP-GJK

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY, and MID-CENTURY
INSURANCE COMPANY,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiff WAYNE HARVEY PHILLIPS notifies the Court that Plaintiff and Defendant, MID-CENTURY INSURANCE COMPANY have reached a settlement agreement as to Defendant, MID-CENTURY INSURANCE COMPANY only.

    Dated this 17th day of March, 2021.

**GILLIN, GILLIN & LINDBAEK, P.A.**

s/Eric S. Gillin
Eric S. Gillin, Esq.
Florida Bar No.: 0168629
222 N. Harbor City Blvd.
Melbourne, Florida 32935
(321) 729-1444 telephone
Primary email: eric@brevardjustice.com
Secondary: mary@brevardjustice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following to Carlos M. Llorente, Esq., primary email: Carlos.Llorente@farmersinsurance.com, secondary email: davielegal@farmersinsurance.com and to Donna M. Wilson-Sampson, Esq., primary email: Donna.Wilson-Sampson@farmersinsurance.com, secondary email: Noemi.Hernandez@farmersinsurance.com and Wendy.Carrasco@farmersinsurance.com and to Stefani N. Cogsdale, Esq.: primary email: orlandohc@progressive.com, secondary email: stefani_n_cogsdale@progressive.com.

**GILLIN, GILLIN & LINDBAEK, P.A.**

s/Eric S. Gillin
Eric S. Gillin, Esq.
Florida Bar No.: 0168629
eric@brevardjustice.com
222 N. Harbor City Blvd.
Melbourne, Florida 32935
(321) 729-1444 telephone
(321) 729-9933 facsimile
Primary email: eric@brevardjustice.com
Secondary: mary@brevardjustice.com