UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAYNE HARVEY PHILLIPS,

                                  CASE NO. 6:21-cv-00299-GAP-GJK

      Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY, and MID-CENTURY
INSURANCE COMPANY,

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Pursuant to Local Rule 3.09(a), Plaintiff WAYNE HARVEY PHILLIPS

notifies the Court that Plaintiff and Defendant, PROGRESSIVE AMERICAN

INSURANCE COMPANY have reached a settlement agreement.

Dated this 3rd day of May, 2021.

                               **GILLIN, GILLIN & LINDBAEK, P.A.**

                               s/Eric S. Gillin
                               Eric S. Gillin, Esq.
                               Florida Bar No.: 0168629
                               222 N. Harbor City Blvd.
                               Melbourne, Florida 32935
                               (321) 729-1444 telephone
                               Primary email: eric@brevardjustice.com
                               Secondary: mary@brevardjustice.com
                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following to Stefani N. Cogsdale, Esq.: primary email: orlandohc@progressive.com, secondary email: stefani_n_cogsdale@progressive.com.

GILLIN, GILLIN & LINDBAEK, P.A.

s/Eric S. Gillin
Eric S. Gillin, Esq.
Florida Bar No.: 0168629
eric@brevardjustice.com
222 N. Harbor City Blvd.
Melbourne, Florida 32935
(321) 729-1444 telephone
(321) 729-9933 facsimile
Primary email: eric@brevardjustice.com
Secondary: mary@brevardjustice.com